```
1  GEOFFREY A. HANSEN,
   Acting Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant TEJADA
```

FILED

JUL 2 5 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-00258 HRL |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE STATUS CONFERENCE DATE TO AUGUST 28, 2012 |
| v. | ) | |
| JOSUE TEJADA, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that the status hearing currently scheduled for July 26, 2012, may be continued to August 30, 2012 at 1:30 p.m., subject to the Court's approval.

The reason for the requested continuance is that Mr. Tejada's assigned counsel is unavailable for medical reasons and the case will need to be reassigned to another Assistant Federal Public Defender before the parties' settlement discussions can continue.

Dated: July 25, 2012

```
                              /s/
                        CYNTHIA C. LIE
                        Assistant Federal Public Defender
```

1  Dated: July 25, 2012

2                                              /s/
   DANIEL R. KALEBA
   Assistant United States Attorney

3

4  **[PROPOSED] ORDER**

5

6        GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY

7  ORDERED that the sentencing hearing in the above-captioned matter shall be continued from

8  July 26, 2012, to August 30, 2012, at 1:30 p.m.

9        IT IS SO ORDERED.

10 Dated: July 25, 2012

11                                  JUDGE HOWARD R. LLOYD,
                                 United States Magistrate District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26