1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 41241)
3  Chief, Criminal Division

4  HANLEY CHEW (CABN 189985)
   Assistant United States Attorneys
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      FAX: (408) 535-5066
       E-Mail: Susan.Knight@usdoj.gov
8              Hanley.Chew@usdoj.gov

9  Attorneys for United States of America

10
                         UNITED STATES DISTRICT COURT
11
                        NORTHERN DISTRICT OF CALIFORNIA
12
                                SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA,           ) No. CR 12-00258 HRL
                                         )
15 |     Plaintiff,                      ) STIPULATION AND [PROPOSED] ORDER
                                         ) VACATING DECEMBER 12, 2014 STATUS
16 | v.                                  ) CONFERENCE AND SETTING MARCH 5, 2015
                                         ) STATUS CONFERENCE
17 | JOSUE D. TEJADA,                    )
                                         )
18 |     Defendant.                      )
                                         )
19

20       The parties, including the defendant, stipulate as follows:

21       1.      On July 22, 2014, a Petition alleging violations of his conditions of probation was filed

22 against defendant Josue D. Tejada ("defendant"). The conduct underlying the alleged violations also

23 forms the basis for a criminal action against defendant filed by the Santa Clara County District

24 Attorney's Office. Defendant is scheduled to go to trial in the state criminal case on February 23, 2015.

25       2.      Because a disposition in the federal case against defendant will likely not be possible

26 until the state criminal case has been resolved, the parties respectfully request that the status conference

27 currently scheduled for December 12, 2014 be vacated and a further status conference scheduled for

28 March 5, 2014. The parties believe that defendant's state criminal case should be resolved by the date of

STIP & [PROP.] ORDER
CR 12-00258 HRL

the next status conference.

IT IS SO STIPULATED:

DATED: December 10, 2014                    Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney

                                            _____/s/_____
                                            HANLEY CHEW
                                            Assistant United States Attorneys

DATED: December 10, 2014

                                            _____/s/_____
                                            ROBERT CARLIN
                                            Attorney for Defendant

## [PROPOSED] ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status conference in this matter currently scheduled for December 12, 2014 be vacated and a further status conference be scheduled for March 5, 2015.

IT IS SO ORDERED.

DATED: 12/11/14

                                            HON. HOWARD R. LLOYD
                                            U.S. DISTRICT COURT JUDGE

STIP & [PROP.] ORDER
CR 12-00258 HRL