1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant
6  JOSUE D. TEJADA

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12
   UNITED STATES OF AMERICA,          )      No. CR 12-00258-HRL
13                                     )
                  Plaintiff,           )      [PROPOSED] ORDER ON
14                                     )      STIPULATION TO CONTINUE STATUS
   vs.                                 )
15                                     )
   JOSUE D. TEJADA,                    )
16                                     )
                  Defendant.           )
17  _____

18

19        1. On July 22, 2014, United States Probation ("Probation") filed a Petition for Summons

20  for Offender Under Supervision ("Form 12"), which alleges that Mr. Tejada has violated the

21  terms and conditions of his supervised release.

22        2. Mr. Tejada is currently scheduled to appear before this Court for a status hearing on

23  April 1, 2015, at 1:30 p.m.

24        3. The alleged violations include the serious allegation that Mr. Tejada assaulted his ex-

25  girlfriend, in violation of California Penal Code § 273.5.  That charge is currently pending in

26  Santa Clara County Superior Court, with the next scheduled date a trial setting on April 22, 2015.

                                        3

1  Since the outcome of any state prosecution would likely be significant to the disposition of the

2  Form 12 in this Court, the parties believe that it would be advantageous to continue the currently

3  scheduled status conference in order to ascertain the status of the state proceedings.

4          4. United States Probation Officer Esmerelda Gupton has been consulted, and has no

5  opposition to the requested continuance.

6          5. For the above stated reasons, the status conference shall be continued to May 7, 2015,

7  at 1:30 p.m.

8

9          IT IS SO ORDERED.

10  Dated: _____3)31/15_____

11                                          HON. HOWARD R. LLOYD
                                            United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26