1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant
6  JOSUE D. TEJADA

7

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12  UNITED STATES OF AMERICA,        )   No. CR 12-00258-HRL
                                     )
13                    Plaintiff,     )   [PROPOSED] ORDER ON
                                     )   STIPULATION TO CONTINUE STATUS
14  vs.                              )
                                     )
15  JOSUE D. TEJADA,                 )
                                     )
16                    Defendant.     )
                                     )
17  _____

18

19       1. On July 22, 2014, United States Probation ("Probation") filed a Petition for Summons

20  for Offender Under Supervision ("Form 12"), which alleges that Mr. Tejada has violated the

21  terms and conditions of his supervised release.

22       2. Mr. Tejada is currently scheduled to appear before this Court for a status hearing on

23  September 3, 2015, at 1:30 p.m.

24       3. The alleged violations include the allegation that Mr. Tejada assaulted his ex-

25  girlfriend, in violation of California Penal Code § 273.5.  The parties have recently learned that

26  Mr. Tejada was found guilty following a jury trial, at the conclusion of which he was remanded

                                     3

1  into state custody pending a sentencing hearing on September 10, 2015.  Since the sentence

2  imposed in the state court matter may be significant to the disposition of the Form 12 in this

3  Court, the parties believe that it would be advantageous to continue the currently scheduled

4  status conference until Mr. Tejada has been sentenced in state court.

5      4.  United States Probation Officer Octavio Magana has been consulted, and has no

6  opposition to the requested continuance.

7      5.  For the above stated reasons, the status conference shall be continued to October 1,

8  2015, at 1:30 p.m.

9

10      IT IS SO ORDERED.

11  Dated: _____9/2/15_____

12               HON. HOWARD R. LLOYD
             United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26